ZOHA MEMARI

      Plaintiff(s)

-against-

POPSUGAR INC.

      Defendant(s)

Index #: 18-CV-5226

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

KELVI A FRIAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 14, 2018 at 03:13 PM at

386 PARK AVENUE SOUTH, 9TH FL
NEW YORK, NY10016

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET, JUDGE BUCHWALD'S RULES on POPSUGAR INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. BRITNEY personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET, JUDGE BUCHWALD'S RULES as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 28 | 5'10 | 120 |
| GLASSES | | | | | |

Sworn to me on: June 14, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**KELVI A FRIAS**
License #: 1232446
Docket #: *1078073*