UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOHA MEMARI,<br><br>                    Plaintiff,<br><br>v.<br><br>POPSUGAR INC.<br><br>                    Defendant. | Civil Action No. 18-CV-5226 |

**AFFIDAVIT OF BENEDICT Y. HUR IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

1286447

SAN FRANCISCO )
)ss
STATE OF CALIFORNIA )

I, **BENEDICT Y. HUR**, being duly sworn, deposes and says:

1. I am an attorney at law licensed to practice before the courts of the State of California.

2. I am an associated with the law firm of Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111, which is counsel to defendant POPSUGAR Inc. in this matter.

3. I make this affidavit in support of my application for *pro hac vice* admission to this Court for all purposes in the matter of *Memari v. POPSUGAR INC.*, No. 18-cv-5226.

4. I have been a member in good standing of the California bar since 2003. My certificate of good standing for the California bar is attached as Exhibit 1. There are no disciplinary proceedings presenting pending against me in any jurisdiction.

5. I have never been convicted of a felony.

6. I have never been held in contempt of court, nor have I ever been censured, suspended, or disbarred by any court. I have never been denied admission or readmission by any court.

BENEDICT Y. HUR

Subscribed and sworn to before me
this 28th day of June, 2018.

Notary Public for the State of California

My Commission Expires: April 28, 2019

MARION M.N. TOM
Commission # 2109359
Notary Public - California
San Francisco County
My Comm. Expires Apr 28, 2019

(Notary Seal)

# EXHIBIT 1

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617        TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 27, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BENEDICT YUNG HUR, #224018 was admitted to the practice of law in this state by the Supreme Court of California on January 3, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records