UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOHA MEMARI,<br><br>           Plaintiff,<br><br>v.<br><br>POPSUGAR INC.<br><br>           Defendant. | Civil Action No. 18-CV-5226<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/2/18 |

### [PROPOSED] ORDER EXTENDING DEFENDANT POPSUGAR INC.'S DEADLINE TO RESPOND TO AUGUST 3, 2018

Before the Court is Defendant POPSUGAR Inc.'s request to extend the time for it to answer, move against, or otherwise respond to the Complaint in this matter. Plaintiff Zoha Memari agrees to the request.

Good cause appearing, the request is GRANTED. The deadline for Defendant POPSUGAR Inc. to answer, move against, or otherwise respond to the Complaint in this matter shall be August 3, 2018.

**IT IS SO ORDERED.**

Dated: July 2, 2018

_____
HON. NAOMI REICE BUCHWALD
United States District Judge

(The Clerk of Court is directed to close this motion.)

1286563