UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZOHA MEMARI,<br><br>                Plaintiff,<br><br>v.<br><br>POPSUGAR INC.<br><br>                Defendant. | Civil Action No. 18-CV-5226 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/18

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of BENEDICT Y. HUR, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is a follows:

>BENEDICT Y. HUR – Cal. Bar No. 224018
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA 94111-1809
>Telephone: 415 391 5400
>bhur@keker.com

The applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant POPSUGAR INC. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

*So Ordered:*

*Naomi Reice Buchwald, USDJ*

*July 2, 2018*

*The Clerk of Court is directed to close this motion (doc #9).*

1

1286445